**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6342**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

KEITH TYRONE CROSBY,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CR-
85-609-JH)

_____

Submitted:  May 17, 2001                 Decided:  May 29, 2001

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Keith Tyrone Crosby, Appellant Pro Se.  Stephen Matthew Schenning,
United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Tyrone Crosby appeals the district court's order dismissing his Fed. R. Crim. P. 35(a) motion.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>United States v. Crosby</u>, No. CR-85-609-H (D. Md. Feb. 6, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>